**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1803

APRIL G. CORDELL,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Dennis L. Howell,
Magistrate Judge. (1:05-cv-00281)

Submitted: January 31, 2007        Decided: February 14, 2007

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER, P.A., Asheville, North
Carolina, for Appellant. Gretchen C. F. Shappert, United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North
Carolina, Robert J. Triba, Chief Regional Counsel, Kavonne L.
Mayeski, Special Assistant United States Attorney, Boston,
Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April G. Cordell appeals the magistrate judge's order[*] affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Cordell v. Barnhart, No. 1:05-cv-00281 (W.D.N.C. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).